**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6437**

─────────────

MELVIN ADAMS,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-93-102)

─────────────

Submitted:  August 14, 2003          Decided:  August 20, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Melvin Adams, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Adams seeks to appeal his conviction and sentence. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R. App. P. 4(b)(1)(A). For thirty days thereafter, the district court may grant an extension of time to file a notice of appeal upon a showing of excusable neglect or good cause. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its judgment on March 8, 1994. Thus, Adams' notice of appeal, filed on August 29, 2002,[*] is untimely, and we dismiss the appeal on that basis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Giving Adams the most liberal interpretation of Houston v. Lack, 487 U.S. 266 (1988), August 29, 2002, is the earliest date his notice of appeal could have been filed.